THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CAMPIONE, Appellant.—Appeal by defendant from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 100 of the Alcoholic Beverage Control Law, in that he possessed with intent to sell and did sell an alcoholic beverage without having an appropriate license. Judgement unanimously affirmed. No opinion. Present— Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAPHAEL DASHOW, Appellant.—Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of the crime of perjury in the second degree, for which he was fined $250 or in lieu of the payment thereof to serve sixty days in the workhouse. The fine was paid. There was also imposed a sentence of three months in the workhouse, the execution of which was suspended. Judgment unanimously affirmed. No opinion. Present—Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE DWORKOWITZ, Appellant.—Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Appeal from sentence dismissed. Present—Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LUDDEN, Appellant.—Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of the crime of book-making (Penal Law, § 986). Judgment of conviction reversed on the law, the information dismissed and the fine remitted, on the ground that the evidence was not sufficient to warrant the finding of guilt beyond a reasonable doubt. (*People* v. *Carpenito*, 292 N. Y. 498; *People* v. *Solomon*, 268 App. Div. 878.) Appeal from sentence dismissed. Close, P. J., Hagarty, Johnston and Lewis, JJ., concur; Carswell, J., not voting.